# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>    v. )<br>    )<br>CRAIG GIBSON, )<br>    )<br>        Defendant. ) | 2:12-CR-353-MMD-(CWH) |

### PRELIMINARY ORDER OF FORFEITURE

On February 15, 2013, defendant CRAIG GIBSON pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF Nos. 19 and 22.

This Court finds defendant CRAIG GIBSON agreed to the forfeiture of the property set forth in the Plea Agreement and in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF Nos. 19 and 22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant CRAIG GIBSON pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF Nos. 19 and 22.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  924(d)(1) and Title 28, United States Code, Section 2461(c):
3      (a)    a Kel-Tec, Model P40, .40 caliber semi-automatic pistol, serial number 73923;
4      (b)    7 rounds Federal .40 caliber ammunition;
5      (c)    2 rounds Winchester-Western .40 caliber ammunition; and
6      (d)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CRAIG GIBSON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __5th__ day of __April_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

3