FILED

JUN − 3 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>CRAIG GIBSON,<br><br>   Defendant. | 2:12-CR-353-APG-(CWH) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT CRAIG GIBSON**

On April 8, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant CRAIG GIBSON to the United States of America. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 19; Change of Plea Minutes, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 24.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 24) is final as to defendant CRAIG GIBSON.

DATED this 3ʳᵈ day of June 2013.

_____
UNITED STATES DISTRICT JUDGE